IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00017-MP-AK

GREGORY J. HALL,
JEFFERY ROBINSON,
MILTON LENARD BROWN,
MICHAEL DEALLO McLEOD,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 58, Motion of the United States to Consolidate Cases for Trial. The United States seeks to have the trial for each Defendant consolidated to the trial term of July 11, 2005. The Assistant United States Attorney has certified to the Court that he has contacted counsel for each Defendant and that there are no objections to this Motion.

**ORDERED AND ADJUDGED:**

The United States Motion to Consolidate Cases for Trial, Doc. 58, is GRANTED. The cases are consolidated for trial during the trial term of July 11, 2005.

**DONE AND ORDERED** this __26th__ day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge