IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.  CASE NO. 1:05-cr-00017-MP-AK

MILTON LENARD BROWN,

    Defendant.

_____/

### AMENDED ORDER

This matter is before the Court on Doc. 64, Defendant Milton Lenard Brown's Motion for Reconsideration of this Court's Order consolidating the co-defendants cases (Gregory J. Hall, Michael Deallo Mcleod, Jeffery Robinson and Brown) for the trial term beginning July 11, 2005. Defendant Hall has objected to any portion of the consolidation order that suggested the defendants had waived any rights to later request severance or raise <u>Bruton</u> objections. The Court held a telephone conference on this Motion on Friday, June 3, 2005. Due to scheduling concerns, the Court was forced to continue the trial from the July 11, 2005 trial term. No party objected to a continuance.

**ORDERED AND ADJUDGED:**

1. Defendant Milton Lenard Brown's Motion for Reconsideration is GRANTED. The trials of all co-defendants are consolidated without prejudice for any defendant to file a motion to sever or raise <u>Bruton</u> objections.

2. Defendants' trials are continued to the trial term beginning on Monday, August 22, 2005.

3. This order vacates and supersedes this Court's prior Order, Doc. 62.

**DONE AND ORDERED** this   *3rd*   day of June, 2005.

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge