IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.            CASE NO. 1:05-cr-00017-MP-AK

GREGORY J. HALL,
JEFFERY ROBINSON,
MILTON LENARD BROWN,
MICHAEL DEALLO McLEOD,
COREY BROWN,

     DefendantS.
_____/

## O R D E R

This matter is before the Court on Doc. 138, Motion to Sever Defendant by Milton Lenard Brown, and Doc. 149, Motion to Sever Defendant by Corey Brown. The United States filed a response in opposition to Defendants' requests, Doc. 148. A hearing was held on the motions on Friday, October 28, 2005, during which it was determined by this Court that a Bruton issue is not present at this time. See Bruton v. United States, 391 U.S. 123 (1968). Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant Milton Lenard Brown's Motion to Sever, Doc. 138, and Defendant Corey Brown's Motion to Sever, Doc. 149, are denied without prejudice. The defendants are permitted to refile such motions at a later date if the need arises.

**DONE AND ORDERED** this *28th* day of October, 2005

                *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge