### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              **CASE NO. 1:05-cr-00017-MP-AK**

MILTON LENARD BROWN,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 337, Fourth Motion to Continue Sentencing, filed by Defendant Milton Brown. Defendant Brown seeks a continuance in his sentencing because the trial in which he is scheduled to testify pursuant to his plea agreement has been continued. The Government does not object to the motion. After considering the matter, the motion is granted. Accordingly, the sentencing date of Defendant Brown, currently set for February 1, 2007, is hereby continued to Friday, March 23, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this   *31st* day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge