### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        **CASE NO. 1:05-cr-00017-MP-AK**

MILTON  LENARD  BROWN,

   Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 375, Motion to Change Sentencing Date, filed by

the Government.  Defendant Brown is scheduled to be sentenced on Friday, March 23, 2007.  In

the motion, the attorney for the Government states that is he under a court order to attend a

calendar call in West Palm Beach, Florida, on the same date as Defendant's sentencing, and he

requests that the sentencing date of the Defendant be rescheduled.  Counsel for the Defendant

does not object to the motion.  Therefore, after considering the matter, the Court grants the

Government's motion.  Accordingly, the sentencing date of Defendant Brown is hereby

rescheduled for Wednesday, April 4, 2007, at 9:30 a.m.

   **DONE AND ORDERED** this   *20th* day of March, 2007

   *s/Maurice M. Paul*
   _____
   Maurice M. Paul, Senior District Judge